**FIRST DIVISION
DOYLE,
REESE and SELF, JJ.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules**

**November 6, 2017**

# In the Court of Appeals of Georgia

A15A2268. NORTON et al. v. UNITED HEALTH SERVICES OF   DO-111
    GEORGIA, INC. et al.

DOYLE, Judge.

In *United Health Svcs. of Ga., Inc. v. Norton*,[1] the Supreme Court of Georgia reversed this Court's opinion in *Norton v. United Health Svcs. of Ga., Inc.*[2] Accordingly, we vacate our prior opinion, and we adopt the opinion of the Supreme Court. The judgment of the trial court is affirmed.

*Judgment affirmed. Reese and Self, JJ.*

---

[1] 300 Ga. 736 (797 SE2d 825) (2017).

[2] 336 Ga. App. 51 (783 SE2d 437) (2016).